MJL:ALB
F. #2007R01217

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ERIC WASHINGTON,

           Defendant.

- - - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 07-620 (JFB)
(T. 18, U.S.C., §§ 2314, 2 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

    On or about and between June 1, 2006 and February 15, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ERIC WASHINGTON, together with others, did knowingly and intentionally transport in interstate and foreign commerce goods, wares and merchandise of the value of $5,000 or more, to wit: Home Depot gift cards, knowing the same to have been converted and taken by fraud.

    (Title 18, United States Code, Sections 2314, 2 and 3551 et seq.)

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136